sents and votes to affirm on the ground that there is no proof in this record that plaintiff is indebted to defendant in any sum. All controversies between the parties arising out of the counterclaim as well as those stemming from the third and fourth causes of action should await determination at the one trial, at which there may be had a full adducement of all the facts. Accordingly, summary judgment upon the counterclaim should not be granted.

■

GEORGE LAMMIE, Appellant, v. HERMAN M. LEHRER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ. [See post, p. 1020.]

■

CARMEL BORG, Appellant, v. JOHN R. STARKEY et al., Respondents, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of the Accounting of CATERINA DEL BALSO et al., as Executors of MICHAEL DEL BALSO, Deceased, Appellants. JOSEPH COHEN, Special Guardian for DINA M. DEL BALSO and Others, Infants, Respondent.— Decree, so far as appealed from, unanimously modified by reducing the allowance to the respondent for his services as Special Guardian to $5,000 and, as so modified, affirmed, with costs and disbursements to the appellants payable out of the estate. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST MUGLER, Appellant.— Order unanimously affirmed. In view of the fact that the defendant, through his counsel, pleaded guilty to all of the charges, the contention that it was improper for the Magistrate to visit the premises in question and converse with the tenants before the plea was interposed, must be disregarded. In view of all the circumstances herein the judgment is unanimously modified by reducing the sentence to the time already served and, as so modified, affirmed. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CARL ALLIS, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted upon the ground that the complaint does not charge the commission of any action which would constitute a violation of section 116 of the Alcoholic Beverage Control Law. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

BRITISH AMERICAN & EASTERN Co., INC., Respondent, v. CROSS ISLAND STEEL Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of the Estate of DIKRAN G. KELEKIAN, Deceased. HAIK KAVOOKJIAN et al., as Executors of DIKRAN G. KELEKIAN, Deceased, et al., Respondents; ANDRE HERMINJARD, as Guardian in Switzerland and Ancillary